JAMES CORBITT, Respondent, *v.* BERTIE K. BLOCH, Appellant.

*Corbitt* v. *Bloch*, 152 App. Div. 902, affirmed.
(Submitted March 26, 1914; decided April 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 17, 1912, affirming a judgment in favor of

plaintiff entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*S. John Block* and *Vine H. Smith* for appellant.

*William Townsend* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch..J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.